(COB #263 NtcDsmCase(10/16)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado
HONORABLE Michael E. Romero

In re:

    Joniece La–Rae Acevedo

Debtor(s)

    Case No.:    24–17564–MER
    Chapter:    7

## ORDER OF DISMISSAL

Pursuant to 11 U.S.C. §521(a) the Debtor(s) was required to file the following items:

- list of creditors;
- schedule of assets and liabilities;
- schedule of current income and current expenditures;
- statement of financial affairs;
- statement under 11 U.S.C. § 342(b), if applicable;
- copies of pay advices or other evidence of payment received within 60 days before the date of the filing of the petition or a statement as to why the debtor has not complied that substantially conforms with Local Bankruptcy Form 1007–6.1;
- statement of the amount of monthly net income, itemized to show how the amount is calculated;
- statement disclosing any reasonably anticipated increase in income or expenditures over the 12–month period following the date of the filing of the petition.

Pursuant to 11 U.S.C. § 521(i), if the Debtor(s) fails to file the above documents within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

THIS COURT FINDS the Debtor(s) herein failed to comply with the requirements of 11 U.S.C. § 521(a).

IT IS THEREFORE ORDERED this case is DISMISSED.

Dated: 2/12/25

BY THE COURT:
s/ Michael E. Romero
United States Bankruptcy Judge